IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRUEPOSITION INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 12-646-RGA |
| POLARIS WIRELESS INC., | : |
| Defendant. | : |

## ORDER

This 12th day of November 2013, upon consideration of the Magistrate Judge's Report and Recommendation dated October 21, 2013, and no objections to the Report and Recommendation having been received, IT IS HEREBY ORDERED:

1. The Report and Recommendation (D.I. 179) is **ADOPTED**.

2. The Defendant's Motion to Stay (D.I. 129) is **DENIED**.

*Richard G. Andrews*
United States District Judge