IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TruePosition, Inc., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Polaris Wireless, Inc., )<br>)<br>Defendants. )<br>) | Civ. A. No. 12-cv-646-RGA-MPT |

### ENTRY OF FINAL JUDGMENT

WHEREAS, Plaintiff TruePosition, Inc. ("TruePosition") brought this action for infringement of U.S. Patent No. 7,783,299 (the "'299 Patent") and asserted claims 98, 113, and 114 against Defendant Polaris Wireless, Inc. and there are no other claims pending;

WHEREAS, on August 26, 2014, this Court issued a Memorandum Order finding claims 113 and 114 of the '299 Patent indefinite under 35 U.S.C. §112, ¶2 and therefore invalid;

WHEREAS, the Parties stipulated to a dismissal of TruePosition's claim for infringement of claim 98 with prejudice and it was so ordered ("Stipulated Dismissal");

WHEREAS, the Parties have reserved all rights to appeal and to file post judgment motions;

NOW, THEREFORE, the Court having considered all papers filed and proceedings had herein;

IT IS ORDERED and ADJUDGED 1) that, for the reasons set forth in the Memorandum Order, claims 113 and 114 are invalid and as set forth in the Stipulated Dismissal, TruePosition's claim for infringement of claim 98 was dismissed with prejudice; 2) that Judgment is entered in

favor of Polaris and against TruePosition on TruePosition's claims that Polaris has infringed the '299 Patent; and 3) TruePosition's Complaint in this action is dismissed WITH PREJUDICE.

This ORDER AND JDUGMENT recognizes that the parties have preserved all rights to appeal and to file post-judgment motions and is made without prejudice to TruePosition's and Polaris' right to appeal any issues and without prejudice to any party's right to appeal future Court orders and judgments and their rights to file motions, such as post judgment motions.

IT IS ORDERED and ADJUDGED that the Clerk is hereby directed to enter the Final Judgment upon the Civil Docket in this action.

IT IS SO ORDERED

Date: April 30, 2015

SO ORDERED this 30th day of April, 2015.

_Richard G. Andrews_
U.S.D.J.

#2205221 v1
108052-80971